# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| BILLY B. YEAGER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CAUSE NO. 3:17-CV-38-RLY-MPB ) |
| WAUPACA FOUNDRY, INC., | ) ) |
| Defendant. | ) ) ) |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties filed a Stipulation of Dismissal with Prejudice. The Court having reviewed said Stipulation and being otherwise duly advised finds the Stipulation to be proper and that the above captioned case should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this matter is dismissed, with prejudice, with each party bearing its own fees and costs.

DATED: 12/26/2017

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution To:

**Pursuant to S.D. Ind. Local Rule 5-5**, service of this Order will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.